USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

JOSEPH POLLAK, ET AL.,

                  Plaintiffs,

   -against-

ISRAEL POLAK, ET AL.,

                  Defendants.

------------------------------------------------------------------ x

19-CV-10803 (ALC)

**ORDER OF DISMISSAL**

**ANDREW L. CARTER, JR., District Judge:**

      On April 10, 2020, the Court ordered Plaintiff to show cause by May 1, 2020, as to why this action should not be dismissed without prejudice pursuant to Rule 4(m) for failure to serve. FED. R. CIV. P. 4(m). Such showing was not made. Accordingly, this case is dismissed without prejudice for failure to serve.

**SO ORDERED.**

**Dated:    June 4, 2020**
             **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**